# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WILLIAM REDICK,

Plaintiff,

v.

WESTPARK EQUITY GROUP, INC.,

Defendant.

Case No.  1:26-cv-03953-JLT-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 6)

On June 19, 2026, Plaintiff filed a "Notice Of Voluntary Dismissal," notifying the Court that Plaintiff's individual claims against Defendant are voluntarily dismissed with prejudice, and that the putative class members' claims are dismissed without prejudice.  (Doc. 6).  Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  __**June 22, 2026**__          _____

UNITED STATES MAGISTRATE JUDGE